**POSTX CORPORATION,
Plaintiff/Counterclaim
Defendant–Appellee,**

**and**

**Mayfield Principals Fund II, Mayfield XI Qualified, Mayfield XI, Mayfield IX, L.P., Mayfield Associates Fund VI, and Mayfield Associates Fund IV, L.P., Counterclaim Defendants–Appellees,**

v.

**SECURE DATA IN MOTION, INC. (doing business as Sigaba), Defendant/Counterclaimant–Appellant.**

Nos. 2006–1565, 2006–1566.

United States Court of Appeals,
Federal Circuit.

Aug. 17, 2007.

George M. Sirilla, Pillsbury Winthrop Shaw Pittman LLP, of McLean, VA, argued for plaintiff/counterclaim defendant-

appellee, PostX Corporation, and counterclaim defendants-appellees, Mayfield Principals Fund II, et al. With him on the brief were Joseph R. Tiffany II and John M. Grenfell, of Palo Alto, California, and Kevin T. Kramer, of Washington, DC. Of counsel on the brief was William F. Abrams, Bingham McCutchen LLP, of Palo Alto, CA.

John L. Cooper, Farella Braun and Martel LLP, of San Francisco, CA, argued for defendant/counterclaimant-appellant, Secure Data in Motion, Inc. (doing business as Sigaba). With him on the brief were Jeffrey M. Fisher and Stephanie Powers Skaff. Of counsel were Eric W. Bass and James W. Morando.

Before NEWMAN, LOURIE, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.